**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------- x

UNITED STATES OF AMERICA,

            -against-

SEGUNDO BATISTA,

                             Defendant.

------------------------------------- x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: JAN 0 7 2020

ORDER

00 Crim. 1181-2 (GBD)

GEORGE B. DANIELS, United States District Judge:

The Government shall file a response to Defendant Segundo Batista's request to file a

28 U.S.C. § 2255 motion, stylized as a Motion to File New Section 2255 Motion Attacking

Sentence, (*see* ECF No. 104), within sixty (60) days of this Order.

Dated: New York, New York
       January 7, 2020

SO ORDERED.

*George B. Daniels*

GEORGE B. DANIELS
United States District Judge