UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------x

UNITED STATES OF AMERICA

      -against-

SEGUNDO BATISTA,

               Defendant.

------------------------------------x

ORDER

00 Crim. 1181 (GBD)

GEORGE B. DANIELS, United States District Judge:

    Defendant's Motion for Leave to Proceed in Forma Pauperis while on appeal before the Second Circuit, (ECF No. 118), is GRANTED.

Dated: August 30, 2022
       New York, New York

SO ORDERED.

*George B. Daniels*
GEORGE B. DANIELS
United States District Judge